UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

DAVID EDWARD JACKSON, III,

    Petitioner,

       v.                       CAUSE NO. 2:24-CV-10-PPS-AZ

INDIANA PAROLE BOARD,

    Respondent.

## ORDER

David Edward Jackson, III, proceeding pro se, filed a consolidated motion seeking an expedited ruling, a status conference, sanctions, and a preliminary injunction. [ECF 38.] On April 17, 2025, I issued an opinion denying the habeas petition and resolving the request for sanctions. [ECF 36.] Consequently, each of Jackson's requests are moot.

For these reasons, the court DENIES the consolidated motion [ECF 38].

SO ORDERED on April 22, 2025.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT