USDC NDIN case 2:24-cv-00010-PPS-AZ document 10-1 filed 04/21/25 page 1 of 1

# UNITED STATES POSTAL SERVICE ®  | PRIORITY® MAIL

ed delivery date specified for domestic use.

tic shipments include $100 of insurance (restrictions apply).*

Tracking® service included for domestic and many international destinations.

I international insurance.**

ised internationally, a customs declaration form is required.

does not cover certain items. For details regarding claims exclusions see the lail Manual at *http://pe.usps.com.*

national Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# T RATE ENVELOPE

TE ■ ANY WEIGHT



# CKED ■ INSURED

S00001000014

**EP14F July 2022**
**OD: 12 1/2 x 9 1/2**

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

---

US POSTAGE & FEES PAID IMI
PRIORITY MAIL
ZONE 1 FLAT-RATE ENVELOPE
Commercial

063S0014950605
18300028
FROM 46383

**P**

☒ Stamps
04/17/2025

## USPS PRIORITY MAIL ®

DAVID JACKSON
(PRO SE)
1759 LAWNDALE DR
VALPARAISO IN 46383-6612

**SHIP TO:** DISTRICT COURT CLERK'S OFFICE
5400 FEDERAL PLZ STE 2300
HAMMOND IN 46320-1847



### USPS TRACKING #

9405 5111 0615 0590 1284 98



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.