**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Edward Jackson, III
1759 Lawndale Dr.
Valparaiso, IN 46383

9590 9402 8776 3310 4552 01

2. Article Number (Transfer from service label)

9589 0710 5270 0189 1003 69

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  4/23/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 8776 3310 4552 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•

-FILED-
APR 2 8 2025
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CLERKS OFFICE
U.S. DISTRICT COURT
1108 FEDERAL BLDG.
FORT WAYNE, IN 46802

SCREENED

2:24CV10